1 | **3NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
2 | Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
3 | David G. Greco (SBN 299635)
225 Broadway, 19th Floor
4 | San Diego, California 92101
Tel: (619) 325-0492
5 | Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
6 | Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
7 | Email: dgreco@nicholaslaw.org

8 | Attorneys for Plaintiff
DAVID DURAN, on behalf of himself
9 | and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| DAVID DURAN, an individual, on behalf of himself and all others similarly situated, | Case No. C 3:18-cv-058558-JCS |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF SHAUN MARKLEY** |
| vs. | **Magistrate Judge**: Hon. Joseph C. Spero |
| KNIGHTS OF COLUMBUS, a Connecticut corporation; | **Complaint Filed**: September 24, 2018 |
| Defendants. | |

C 3:18-cv05855-JCS
NOTICE OF APPEARANCE OF ATTORNEY FOR PLAINTIFF

1  TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

3  **PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the
4  appearance of Shaun Markley of Nicholas & Tomasevic, LLP, as attorney for Plaintiff
5  David Duran and the putative class in the above-entitled action.  All further notices
6  and other material relevant to this action should be directed to and served upon:

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:    (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Respectfully submitted:

Dated:  October 8, 2018                    **NICHOLAS & TOMASEVIC, LLP**


By:     */s/ Shaun Markley*
        Craig M. Nicholas (SBN 178444)
        Alex Tomasevic (SBN 245598)
        Shaun Markley (SBN 291785)
        David G. Greco (SBN 299635)
        225 Broadway, 19th Floor
        San Diego, CA 92101
        Telephone: (619) 325-0492
        Facsimile: (619) 325-0496
        Email: cnicholas@nicholaslaw.org
        Email: atomasevic@nicholaslaw.org
        Email: smarkley@nicholaslaw.org
        Email: dgreco@nicholaslaw.org

        *Attorneys for Plaintiff*
        DAVID DURAN